**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith, Esq. (11871)
Kevin B. Archibald, Esq. (13817)
Dylan J. Lawter, Esq. (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the
Southern Nevada Glaziers and Fabricators Pension Trust Fund*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>SUN PACIFIC GLAZING, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a Minnesota corporation; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-01056-JCM-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Board of Trustees of the Southern Nevada Glaziers and Fabricators Pension Trust Fund, acting by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), does hereby dismiss, with prejudice, all claim(s) asserted in its Complaint [ECF No. 1] against all remaining Defendants.

/ / /

/ / /

/ / /

/ / /

None of the remaining Defendants have filed an answer and no party has filed a motion for summary judgment.

DATED this 15th day of September, 2022.

CHRISTENSEN JAMES & MARTIN

By: /s/ Dylan J. Lawter
Dylan J. Lawter, Esq.
Nevada Bar No. 15947
*Attorneys for Plaintiff Board of Trustees of the Southern Nevada Glaziers and Fabricators Pension Trust Fund*

-2-